**NEUTRAL TANDEM, INC.,
Plaintiff–Appellant,**

v.

**PEERLESS NETWORK, LLC, Peerless
Network of Illinois, LLC, and John
Barnicle, Defendants–Appellees.**

No. 2011–1144.

United States Court of Appeals,
Federal Circuit.

Dec. 13, 2011.

John F. Ward, Ward & Olivo, of New York, NY, argued for the plaintiff-appellant. With him on the brief were Michael G. Gabriel; and Frank J. Ciano, Goldberg Segalla, of White Plains, NY.

Russell S. Jones, Jr., Polsinelli Shughart, PC, of Kansas City, MO, argued for the defendants-appellees. With him on the brief was Richard P. Stitt, of Overland Park, KS.

LINN, PROST, and MOORE, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**JOAO BOCK TRANSACTION
SYSTEMS, LLC, Plaintiff–
Appellant,**

v.

**SLEEPY HOLLOW BANK and Jack
Henry & Associates, Inc.,
Defendants–Appellees.**

No. 2011–1211.

United States Court of Appeals,
Federal Circuit.

Dec. 13, 2011.

John F. Ward, Ward & Olivo, of New York, NY, argued for the plaintiff-appellant. With him on the brief were Michael G. Gabriel; and Frank J. Ciano, Goldberg Segalla, of White Plains, NY.

Russell S. Jones, Jr., Polsinelli Shughart, PC, of Kansas City, MO, argued for the defendants-appellees. With him on the brief was Richard P. Stitt, of Overland Park, KS.

BRYSON, CLEVENGER and, LINN, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**